UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 20-22106-cv-DPG

FLORIDA FAIR HOUSING ALLIANCE, INC.,

    Plaintiff,

v.

DEERPATH ON THE LAKE, LLC,

    Defendant.

_____/

CERTIFICATE OF INTERESTED PERSONS
and CORPORATE DISCLOSURE STATEMENT

Defendants, DEERPATH ON THE LAKE LLC, through undersigned counsel hereby files this Certificate of Interested Persons and Corporate Disclosure Statement which lists the persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case:

A. **The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporation, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case**:

    1.    Plaintiff Fair Housing Alliance, Inc.

    2.    Ryan Turizo

    3.    Plaintiff's counsel, Jibrael S. Hindi, Esq.

    4.    Deerpath on the Lake LLC

    5.    J.R.D. Management, Corp.

    6.    Maxx Deerpath LLC.

    7.    Defendants' counsel, Langbein & Langbein, P.A.

B. **The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings**:

None known.

C. **The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

.Hanover Insurance, carrier for JRD Management LLC

D. **The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wronged including every person who may be entitled to restitution:**

Plaintiff per the allegations of its Complaint.

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Date June 30, 2020.

      Respectfully Submitted,

      LANGBEIN & LANGBEIN, P.A.
      Counsel for the Defendants
      7480 Fairway Drive, Suite 209
      Miami Lakes, FL 33014
      Tel: (305) 556-3663
      Fax: (305) 556-3647
      Email: langbeinpa@bellsouth.net

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed electronically on June 30, 2020 through CM/ECF and that a copy of the foregoing will be served via notification through CM/ECF on all counsel or parties of record on the attached service list:

      By: /s/ Leslie W. Langbein
          Leslie W. Langbein, Esq.
          Fla. Bar No. 305391